IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-40866 |
| BEDGOOD, LANCE MARSHAL | * | |
| | * | CHAPTER 7 CONVERSION |
| Debtor | * | |

## CHAPTER 7 DEBTOR'S STATEMENT OF INTENTIONS

1.

I, LANCE MARSHAL BEDGOOD, the Debtor, has filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.

My intentions with respect to the property of the estate which secures those consumer debts is as follows:

(a) Property to be SURRENDERED (list property, creditor):

NONE

(b) Property to be RETAINED: (list property, creditor, method of retention- reaffirm, redeem, etc.):

Home located at 162 Maple Trace, Pine Mountain, Georgia - Citizens First - Reaffirm

3.

I understand that Sec. 521(2)(b) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within any extension of the 45 day period which the court may grant.

/s/ Lance Marshal Bedgood
LANCE MARSHAL BEDGOOD
Debtor