**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-40866 |
| Lance Marshal Bedgood | Chapter 7 |
| Debtor. | Judge John T. Laney III |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

      D. Anthony Sottile
      Authorized Agent for Home Point Financial Corporation
      394 Wards Corner Road, Suite 180
      Loveland, OH 45140
      Phone: 513.444.4100
      Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: March 27, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

## **CERTIFICATE OF SERVICE**

I certify that on March 27, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Brace W. Luquire, Debtor's Counsel
    bracelaw@aol.com

    Joy R. Webster, Chapter 7 Trustee
    jwebster@akin-webster.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on March 27, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Lance Marshal Bedgood, Debtor
    162 Maple Trce
    Pine Mountain, GA 31822-2826

                                              /s/ D. Anthony Sottile
                                              D. Anthony Sottile
                                              Authorized Agent for Creditor
                                              Sottile & Barile, LLC
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com